**TO: Clerk's Office**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
_____

**APPLICATION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

*********************************************************

**United States**


            -V-

**David Motovich**

**26-MJ-130**
_____
**Docket Number**

*********************************************************

**SUBMITTED BY:** ☐ Plaintiff ☐ Defendant ☒ DOJ

Name:       **Andrew Grubin**_____

Firm Name:  **USAO EDNY**_____

Address:    **271 Cadman Plaza East, Brooklyn, NY**

Phone Number: **718-254-6322**_____

Email Address: **andrew.grubin2@usdoj.gov**____

Return To:  andrew.grubin2@usdoj.gov_____

**(Check off only one)**

☒  Sealed Docket Entry and Document (*Entry and Document can only be seen by persons with sealed access. No NEF will be generated.*)

☐  Sealed Document only (*Document text is viewable but the document can only be seen by persons with sealed access. An NEF will be generated.*)

Other Restrictions: ☐ court users only  ☒ ex parte  ☐ attorneys for the applicable party  ☐ case participants

**DESCRIPTION OF DOCUMENT (*MANDATORY*)**
**Description of document to be entered on docket sheet**

 Complaint and Arrest Warrant

**A)**    If pursuant to a prior Court Order:

        Docket Number: _____

        Judge: _____

        Date Entered: _____

**B)**    **If a new application,** the statute, regulation, or
        other legal basis that authorizes filing under seal

        **Ongoing investigation; affidavit and arrest warrant**


ORDERED   SEALED   AND   PLACED   IN   THE
CLERK'S   OFFICE,   AND   MAY   NOT   BE
UNSEALED  UNLESS  ORDERED  BY THE COURT


█████████████████████████
_____
**U.S. DISTRICT/ MAGISTRATE JUDGE**

June 30, 2026
_____
**DATED:**   **BROOKLYN**_____, **NEW YORK**

**RECEIVED IN CLERK'S OFFICE ON**

**06/30/2026**
_____

**CERTIFICATION OF SERVICE**:   (Check one)

**A.)** ☐  A copy of this application either has been or will be promptly served upon all parties to this action;

**B.)** ☐  Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation_____; or

**C.)** ☒  This is a criminal document submitted, and flight, public safety, or security are significant concerns.

**6/30/26**_____
        **Date**

*Andrew D. Grubin*_____
        **Signature**